# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2008

Charles R. Fulbruge III
Clerk

No. 08-40214
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LUIS RAMON GONZALEZ-BAUTISTA

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:07-CR-540-ALL

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

Luis Ramon Gonzalez-Bautista appeals the sentence imposed following his conviction on his guilty plea to a charge of being an alien unlawfully present in the United States after deportation. He argues that the district court reversibly erred by imposing a 16-level increase to his base offense level based upon its determination that his prior Texas convictions for burglary of a habitation constituted crimes of violence. The Government has moved for summary affirmance.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gonzalez-Bautista concedes that his arguments are foreclosed and raises them to preserve them for further review. See United States v. Cardenas-Cardenas, 543 F.3d 731, 731-32 (5th Cir. 2008); United States v. Garcia-Mendez, 420 F.3d 454, 456-57 (5th Cir. 2005). Accordingly, the district court's judgment is AFFIRMED, and the Government's motion for summary affirmance is GRANTED.